UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BILLY COOPER,

                Petitioner,

        - against -

J.F. BELLNIER, Superintendent, Upstate Correctional
Facility,

                Respondent.
-------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 12 2012
BROOKLYN OFFICE

## MEMORANDUM & ORDER

09-CV-2353 (SLT) (JMA)

**TOWNES, United States District Judge:**

      Billy Cooper ("Petitioner") filed the instant *pro se* petition for a writ of habeas corpus (the "Petition") on April 21, 2009, having been convicted of murder in the second degree and criminal possession of a loaded firearm in the second degree following a jury trial in the New York State Supreme Court, Queens County. On December 4, 2009, this Court referred the matter to Magistrate Judge Joan M. Azrack for a report and recommendation ("R&R"). On March 31, 2010, Judge Azrack issued an R&R recommending that this Court deny the Petition. It was further recommended that no certificate of appealability issue due to Petitioner's failure to make a substantial showing of the denial of a constitutional right. This Court adopts Judge Azrack's R&R in its entirety.

      A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion. *See* 28 U.S.C. § 636(b)(1). Within fourteen days of service of the recommendation, any party may file written objections to the magistrate's report. *See id.* Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendation. *See id.*

      The Court is not required to review the factual or legal conclusions of the magistrate judge as to those portions of the R&R to which no objections have been made. *See Thomas v.*

*Arn*, 474 U.S. 140, 150, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985). In addition, failure to file timely objections may waive the right to appeal this Court's order. *See* 28 U.S.C. § 636(b)(1); *Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989).

In the instant case, objections to the R&R were due within fourteen days of receipt of the R&R, which was mailed to Petitioner on March 31, 2010. To date, no objections have been filed with this Court. Upon review, this Court affirms and adopts the R&R of Judge Azrack in its entirety. Accordingly, Plaintiff's petition for a writ of habeas corpus is denied. Further, a certificate of appealability shall not issue.

**SO ORDERED.**

/SANDRA L. TOWNES'
United States District Judge

Dated: April 10, 2012
Brooklyn, New York